01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 STEVEN D. BAUDER,                           )
                                              )   CASE NO. C10-1248-RSL
09        Plaintiff,                          )
                                              )
10        v.                                  )
                                              )   ORDER OF DISMISSAL
11 BRIAN DENNEHY,                             )
                                              )
12        Defendant.                          )
   _____  )
13

14        The Court, having reviewed the Report and Recommendation of United States

15 Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, does

16 hereby find and ORDER:

17        (1)    The Report and Recommendation is ADOPTED;

18        (2)    Defendant's motion to dismiss is GRANTED, and this matter is DISMISSED

19               without prejudice for failure to exhaust administrative remedies as required by

20               42 U.S.C. § 1997e(a), and for mootness; and

21        (3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to

22               Magistrate Judge Mary Alice Theiler.

ORDER OF DISMISSAL
PAGE -1

01      DATED this 26th day of July, 2011.

Robert S. Lasnik
United States District Judge